Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

SouThern District of _Mississippi_

Northern Division

Case No. 3:25-CV-218 HTW-LGI

(to be filled in by the Clerk's Office)

Mr. ReGiNald JoNes
             Plaintiff(s)   # 53569

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

TimoThy DoNAVAN
             Defendant(s)   ET Al

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Reginald Jones_

All other names by which
you have been known: _Reginald Jones_

ID Number _53567_

Current Institution _(C.M.C.F.) Central MS. Corr. Facil. &_

Address _P.2. Box 88550_

_Pearl_ _MS._ _39208_
City        State        Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Timothy Donavan_

Job or Title (if known) _C.M.C.F. medical Director_

Shield Number _N/A_

Employer _C.M.C.F._

Address _P.o. Box 88550_

_Pearl_ _MS._ _39208_
City        State        Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _MS. Scott_

Job or Title (if known) _Medical Doctor_

Shield Number _N/A_

Employer _C.M.C.F_

Address _P.o. Box 88550_

_Pearl_ _MS_ _39208_
City        State        Zip Code

☐ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name  *Commissioner Burl Caine*

Job or Title *(if known)*  *Commissioner M.D.O.C.*

Shield Number  *N/A*

Employer  *M.D.O.C.*

Address  *301 N. Lamar St.*

*Jackson*           *MS.*        *39201*
    City           State         Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

    City           State         Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Medical Neglect, Medical Malpractice*
*Deliberate indifference*
*Pain & Suffering*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Medical Neglect, Medical Malpractice*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *SEE: Added*

*Pages 1-3      Pages 3 of 3A.*

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*AT: C.M.C.F.        WHEN: February 2021*
*P.O. Box 88550*
*Pearl, MS.*
*39208*

STATEMENT
OF·THE
Claim

3. OF 3 A.

ON OR ABOUT JANUARY 2018, I, PLAINTIFF JONES,

While HOUSED imprisoned INSIDE Mississippi DEPT. OF

Corrections, LOCATED AT (C. MC. F.) CENTRAL Mississippi

Correctional Facility IN PEARl, MS. 39208, BEgUN, For

SOME UNKNOWN REASON, TO ShAKE UNCONTrollibly IN my

LEFT AND my Right Hands AND ArmS. I immediately

MADE A MEDICAL REQUEST TO BE SEEN BY A DOCTOR.

I WAS NOT SEEN BY A DoCTor, BUT ONly NURSE PractiTioNErS

For 3 yrs.. So For 3 yrs. I SiT imprisoNED, ShaKing

UNControllibly, ANguished BECAUSE I DoN'T KNow WhaTs WRONG

WiTh ME, STressing AND CoNFUSED CAUSE I DoN'T KNow if

Am ABOUT TO DiE AT ANy MomENT, DEpressED And

FrustrATED BECAUSE C. M. C. F. 's MEdical STaFF KEEp

1. OF 3.

Stating that "its the Covid-19 Pandemic. That is why you havn't seen a specialist and your condition is unknown, and could be worsening."

In February 2021 (3 yrs. late) I was seen by a Dr. Patrick Weldon Neurologist at "Merit Health." He scheduled my 2ed Appointment for August 2021 with a Dr. McCoughlum Neuro-Surgeon.

In August 2021 Again at "Merit Health". Doctors ordered that a DAT Scan and an M.R.I. be conducted on my persons.

Subsequently. The Lab Report Resulted with the diagnosis as Parkinson Syndrone, it was explained that "some defect was blocking my Dopamines." I was then Prescribed the medication "Austedo."

My next Doctor Appointment was in April 2023 at University Medical Center. Here, Dr. Patrick Weldon,

NEUROLOGIST ORDERED THAT THE MEDICATION "AUSTEDO" BE CONTINUED AND A <u>SECOND</u> <u>D·A·T·</u> SCAN WAS ORDERED INWHICH RESULTED ALSO WITH THE diagnosis AS PARKINSON SYNDROME / DISEASE.

My NEXT Doctor APPOINTMENT WAS ON DECEMBER 9Th 2024. Dr. <u>PATRICK WELDON</u>, NEUROLOGIST HAd <u>RETIRED.</u> So I WAS SEEN By A DOCTOR <u>MOHAMMAd HAdid:</u> INWhom PRESCRIBED, To BE Added WITH my "<u>AUSTEdO</u>" meds, THE MEDICATIONS "<u>SINEMET</u>" And "<u>REQViP.</u>" — ENd.

.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

February 2021

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WENT WiThOUT ANy TreaTMENT AT All From January 2018 uNTil February 2021

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My BALANCE is PermENTANTly DAMAged. I STill HAVE AN UNCoNTrollAble ShaKiNg iN my LEFT ANd RighT HaNds. AND I DiD NoT HAVE ANy oF These symptoms BEfore comiNg To This Facil.Ty. ANd The 3 yrs. of NoNE-TreATMENT, NEglecT ANd INdiFFerENce creATed The permaNENT Damages

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE: Added PAge 5 A.

## Relief

1. This is A Jury Trial Demand

2. That The Defendants Enjoy No Immunities.

3. That Each Defendant Pay To This Plaintiff For Monetary Damages The Amount of ($225,000.00) Two Hundred And Twenty-Five Thousand Dollars For Acts Done under The Color of State Law And Contrary To Due Process

4. That Each Defendant Pay To The Plaintiff For Punitive Damages The Amount of (2.5 Million Dollars) For irreparable Damages Life-Long

5. That The defendants Bare The Cost of Court Fees And Fines

6. That My Medical Record Substantiate The Claims Through Discovery — End.

5. A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

C, M.C.F.
P.O.B. X 88550
Pearl MS. 39208

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No    *N/A*

E.    If you did file a grievance:

1.    Where did you file the grievance?

C. M.C.F.

2.    What did you claim in your grievance?

Medical Neglect

Medical Malpracitice

3.    What was the result, if any?

No Respons in over
16 Months

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

1983 Lawsuit

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*NO WE BUT GOT NO RESPONSE*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*A DR. McCOUGHLUM NEURO-SURGEON*

*A DR. WELDON NEUROLOGIST*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I JUST NEVER HEARD ANY NEWS OF INFORMATION BACK FROM THE A.R.P DEPT*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

        Plaintiff(s)    *N/A*

        Defendant(s)

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        *N/A*

   3.   Docket or index number

        *N/A*

   4.   Name of Judge assigned to your case

        *N/A*

   5.   Approximate date of filing lawsuit

        *N/A*

   6.   Is the case still pending?

        ☐ Yes

        ☒ No

        If no, give the approximate date of disposition.    *N/A*

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        *N/A*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        *No!*

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)  *N/A*

    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    *N/A*

3.  Docket or index number

    *N/A*

4.  Name of Judge assigned to your case

    *N/A*

5.  Approximate date of filing lawsuit

    *N/A*

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition  *N/A*

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *N/A*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3-31-2025

Signature of Plaintiff        Pro Se

Printed Name of Plaintiff    REGiNAld    JoNES

Prison Identification #    53567

Prison Address    C.M.C.F.    P.O. Box 88550

PEArl        MS        39208
_____City_____    _____State_____    ___Zip Code___

### B.    For Attorneys

Date of signing:

Signature of Attorney        N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

_____City_____    _____State_____    ___Zip Code___

Telephone Number

E-mail Address

<u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY THAT I HAVE THIS DAY MAILED

A TRUE AND CORRECT COPY OF THE FOREGOING AND ATTACHED

INSTRUMENT TO THE FOLLOWING VIA U.S. POSTAL MAIL POSTAGE

PRE-PAID.

C/O CLERK

U.S.D.C.

501 E. COURT ST.

STE 2.500

JACKSON, MS.

39201

SO CERTIFIED THIS THE <u>31</u> DAY OF <u>MAR.</u> 2025

SIGNED: _____ X

# 53567

C.M.C.F.  F.BLDG.  B-ZONE  #

P.O. BOX 88550

PEARL, MS.

39208