**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**REGINAL JONES, #53567** **PLAINTIFF**

**vs.** **CIVIL ACTION No.: 3:25-CV-218-HTW-LGI**

**TIMOTHY DONAVAN, former medical director;**
**DR. COLETTE SCOTT, and**
**COMMISSIONER BURL CAIN** **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 44]**. In her Report and Recommendation, filed on July 2, 2026, Magistrate Judge Isaac recommended that Defendant Dr. Colette Scott's Motion to Dismiss [25] be granted. Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. To date, no objection has been filed[1].

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 44]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED** that Defendant Scott's Motion to Dismiss **[Docket no. 25]** hereby is **GRANTED**. Plaintiff's § 1983 claims against Defendant Scott are dismissed with prejudice and Plaintiff's state-law claims hereby are dismissed without prejudice.

**SO ORDERED this the 17th day of August, 2026.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**

[1] Plaintiff Reginal Jones submitted an "Unsigned Letter" [45] on July 28, 2026. He filed an "attachment" to said letter on August 10, 2026 [46]; however, Plaintiff's submissions do not refute any part of the Magistrate Judge's Report and Recommendation. Plaintiff, instead, restates his initial grievances against Defendant Scott.